BEFORE THE SECOND DIVISION, NOVEMBER 30, 1960

No. 64929.—West Point Products Corp. v. United States, protest 297676–K (Philadelphia).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of metal ball bearings, the claim of the plaintiff was sustained.

No. 64930.—Brown Boveri Corp. and Gehrig, Hoban & Co., Inc., v. United States, protest 59/14062 (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of voltage regulators similar in all material respects to those the subject of *Brown Boveri Corp. et al.* v. *United States* (40 Cust. Ct. 168, C.D. 1978), the claim of the plaintiffs was sustained.